Leo LOWY v. HARDMAN, PECK & CO. (Supreme Court, Appellate Division, First Department. July 17, 1916.) Application granted. Order signed.

In the matter of laying out and opening LUD-LOW STREET EXTENSION, etc., in the First Ward of the City of Yonkers, etc. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, upon the ground that the requirement of notice of claim in section 94 of the Railroad Law is applicable to the abutting owner claimant, and that the requirement of filing claim with the corporation counsel, contained in section 3 of article 6 of the Supplemental Charter of the city of Yonkers is applicable to each abutting owner claimant, and that each such owner, by failing to so file his claim within the period of six weeks, as provided by said section, waives his such claim.

Sara LYNCH, respondent, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Judgment and order reversed, with costs, and complaint dismissed, with costs, upon the ground that the evidence failed to establish either any contract by defendant other than the written contract in evidence or any breach by defendant of the contract alleged in the complaint.

Anna M. LYON, v. ISRAEL L. CURRIER. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion denied, with $10 costs. Order filed.

Joseph A. McALEENAN v. MASSACHU-SETTS BONDING & INS. CO. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion granted; questions certified. Order filed.

In the matter of the judicial settlement of the account of Cecil V. McARTHUR, as executrix. In re last will and testament of Clarence A. McARTHUR, deceased. (Supreme Court, Appellate Division, Third Department. September 28, 1916.) Order (159 N. Y. Supp. 1050) amended by providing that the costs shall be paid from the estate, and not by the respondents personally.

William P. McBATH, Applt. v. Harrison S. BETTES and another. Joseph M. Bettes, Respt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

In the matter of the application of Michael McCABE for a writ of certiorari to the Board of Supervisors of Rockland County. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

160 N.Y.S.—72

In the Matter of the Final Judicial Settlement of the Account of Thomas J. McCAHILL, Jr.,* as Executor, etc., of Thomas J. McCahill, deceased. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Decree of the Surrogate's Court of Westchester County affirmed, with costs to the respondent executor, upon the opinion of the surrogate in the court below. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

Ida E. McCLUSKEY, respt., v. John E. WILLIAMS and one, applts. (Supreme Court, Appellate Division, Fourth Department. October 11, 1916.) Judgment and order affirmed, with costs. All concur.

Nathaniel L. McCREADY v. John A. LARKIN. SAME v. Edward L. LARKIN. SAME v. Thos. A. LARKIN. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motions denied, with $10 costs. Orders filed.

In the matter of the application of Charles MacDONALD, relator, for a writ of mandamus against Samuel H. ORDWAY, Willard D. McKinstry, and William Gorham Rice, constituting the State Civil Service Commission of the State of New York. (Supreme Court Appellate Division, Third Department. September 28, 1916.) Motion granted.

James M. McCUNN v. Daniel G. STEBBINS. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application granted. Order signed.

William J. MADDOX, respt., v. James E. HANSON, applt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Order modified, by restricting the examination before trial to the course of business conducted in the name of the Hanson Electric Company by the plaintiff or defendant, or both, from and after April 4, 1913, down to and including the 17th day of April, 1915, for the purpose of enabling the plaintiff to prove the allegations of partnership in the complaint, without prejudice to the right of the plaintiff to make further application for the examination of the defendant as bearing upon the allegations of accounting contained in the complaint, after interlocutory judgment establishing and adjudging a partnership between the plaintiff and defendant, and, as so modified, the order is affirmed, without costs of this appeal to either party. All concur.

MADSDEN & WISTOFT CONSTRUCTION COMPANY, respondent, v. Dudley Scrymser MacDONALD, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

John MAHONEY, respt., v. Ellsworth D. FORER, applt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Order modified, by restricting the examination so as to show who were the contracting parties,

*Re-reported with opinion in 162 N. Y. Supp. 996.